| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

JOHN A. HALL, SR., §
        Plaintiff, §
§
v. § CASE NO. 1:18-CV-306
§
RONNIE LINDER, MASA MOTORS; JOE §
MIKE LINDER, MASA MOTORS; AND §
AMBER LINDER, §
        Defendants. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management. The court has received and considered the report (Doc. No. 6) of the magistrate judge, who recommends that the court dismiss this case for lack of federal subject matter jurisdiction. No objections to the report and recommendation have been filed, and the time for doing so has passed.

It is therefore, **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 6) is **ADOPTED**, and the case is **DISMISSED**.

SIGNED at Beaumont, Texas, this 7th day of September, 2018.

*/s/ Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE